## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David Frederick Ralls Jr           CHAPTER 13

           Debtor(s)

                           BKY. NO. 24-12228 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust and index same on the master mailing list.

                      Respectfully submitted,

/s/ 

PA Eastern BK
01 Jul 2024, 16:12:29, EDT

       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 19106-1532
       (215) 627-1322

Document ID: 2877f1586450124098602b30b69497d2291199bc913294b8852e8136a969c424