| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-12228-AMC

David Frederick Ralls, Jr
905 N 50th St
Philadelphia  PA    19131-5101

Petition Filed Date: 06/27/2024
341 Hearing Date: 08/23/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

*__There were no receipts posted to this case for the time period selected__*

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | FRANKLIN MINT FEDERAL CU »» 001 | Unsecured Creditors | $1,509.74 | $0.00 | $0.00 |
| 2 | FRANKLIN MINT FEDERAL CU »» 002 | Unsecured Creditors | $1,567.01 | $0.00 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »» 03P | Priority Crediors | $19,982.95 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS) »» 03U | Unsecured Creditors | $11,144.03 | $0.00 | $0.00 |
| 5 | PHILADELPHIA PARKING AUTHORITY »» 004 | Unsecured Creditors | $175.00 | $0.00 | $0.00 |
| 6 | NAVY FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $21,374.73 | $0.00 | $0.00 |
| 7 | NAVY FEDERAL CREDIT UNION »» 006 | Unsecured Creditors | $23,995.42 | $0.00 | $0.00 |
| 8 | TRUMARK FINANCIAL CREDIT UNION »» 007 | Unsecured Creditors | $4,629.74 | $0.00 | $0.00 |
| 9 | TRUMARK FINANCIAL CREDIT UNION »» 008 | Unsecured Creditors | $4,868.20 | $0.00 | $0.00 |
| 10 | ARDENT CREDIT UNION »» 009 | Unsecured Creditors | $11,873.80 | $0.00 | $0.00 |
| 11 | ARDENT CREDIT UNION »» 010 | Secured Creditors | $344.84 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $573.39 | $0.00 | $0.00 |
| 13 | VERIZON BY AIS AS AGENT »» 012 | Unsecured Creditors | $319.33 | $0.00 | $0.00 |
| 14 | VERIZON BY AIS AS AGENT »» 013 | Unsecured Creditors | $199.04 | $0.00 | $0.00 |
| 15 | VERIZON BY AIS AS AGENT »» 014 | Unsecured Creditors | $471.62 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12228-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $910.00 | Current Monthly Payment: | $910.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $91.00 | Total Plan Base: | $54,600.00 |
| Funds on Hand: | $819.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.