# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: David Frederick Ralls Jr**<br>　　　　　　　　　**Debtor(s)** | **CHAPTER 13** |
| **Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust**<br>　　　　　　　　　**Movant** | **NO.** 24-12228 AMC |
| 　　　　　　　**vs.** | |
| **David Frederick Ralls Jr**<br>　　　　　　　　　**Respondent(s)** | |
| **Scott F. Waterman**<br>　　　　　　　　　**Trustee** | |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge