**Fill in this information to identify the case:**

Debtor 1     David Frederick Ralls Jr
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   24-12228 AMC

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

**Lima One Capital LLC**
Name

**201 E McBee Ave Ste 300**
Number       Street

**Greenville, SC 29601**
City         State      Zip Code

Contact phone

Contact Email

Where should payments to the creditor be sent? (if different)

**Lima One Capital LLC**
Name

**201 E McBee Ave Ste 300**
Number       Street

**Greenville, SC 29601**
City         State      Zip Code

Contact phone

Contact Email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.   Claim number on court claims registry (if known)_____     Filed on ___/___/_____
                                                                         MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.   Who made the earlier filing? _____

Official Form 410                                            **Proof of Claim**

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor __5025__

**7. How much is this claim?** $222,879.11

**Does this amount include interest or other charges?**

☐ No
☒ Yes Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001 (c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**Money Loaned**

**9. Is all or part of the claim secured?**

☐ No
☒ Yes.  The claim is secured by a lien on property.
**Nature of property: 905 North 50Th Street Philadelphia, PA 19131**

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** __Recorded Mortgage__

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $_____

**Amount of the claim that is secured:** $222,879.11

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition: $50,984.73**
**Annual Interest Rate** (when case was filed) **8.400%**

☒ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

242

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B) | |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  **09/04/2024**
                 MM / DD / YYYY

/s/ **Denise Carlon Esquire Attorney ID#  317226**
Signature

**Print the name of the person who is completing and signing this claim:**

Name   **Denise Carlon**
       First name         Middle name         Last name

Title   **Bankruptcy Attorney**

Company  **KML Law Group, P.C.**
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  **701 Market Street, Suite 5000**
         Number      Street
         **Philadelphia**                          **PA**    **19106**
         City                                      State     ZIP Code

Contact phone  **(215) 627-1322**       Email  **bkgroup@kmllawgroup.com**

243

Official Form 410           **Proof of Claim**           page 3

**Mortgage Proof of Claim Attachment** (12/23)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate Instructions

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage As Of Date Of Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case Number: | 24-12228 AMC | Principal Balance | $174,724.15 | Principal Due | $1,670.06 | Principal & Interest | $1,337.03 |
| Debtor 1 | David Frederick Ralls, Jr. | Interest Due | $15,888.60 | Interest Due | $17,048.31 | | |
| Debtor 2 | | MIP Amount | $0.00 | Pre-petition Fees Due | $30,216.95 | Monthly Escrow | $251.24 |
| Last 4 Digits to Identify | 5025 | Fees / Costs Due | $30,216.95 | Escrow Def For Funds Advanced | $2,049.41 | | |
| Creditor | Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust | Escrow Def for Funds Advanced | $2,049.41 | Projected Escrow Shortage | $0.00 | Mortgage Insurance | $0.00 |
| Servicer | LIMA ONE CAPITAL, LLC | Less Total Funds on Hand | $0.00 | Less Total Funds on Hand | $0.00 | | |
| Fixed Accrual, Daily Simple Interest or Other | Fixed | TOTAL DEBT | $222,879.11 | Total Prepetition Arrears | $50,984.73 | Total Monthly Payment | $1,588.27 |

**PART 5: Loan Payment History From First Date of Default**

| | Account Activity | | | | | How Funds Were Applied / Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| mm/dd/yyyy | + | + | +/- | from the list | | calculated | + | + | +/- | +/- | +/- | calculated | calculated | calculated | calculated | calculated |
| Date | Contractual Payment Amount | Funds Received | Amount Incurred | Description | Contractual Due Date | Prin Int & Esc Past Due Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees or Charges | Unapplied funds | Principal Balance | Accrued Interest Balance | Escrow Balance | Fees/Charges Balance | Unapplied Funds Balance |
| | | | | | | 0.00 | | | | | | | | 0.00 | 0.00 | 0.00 |
| 8/31/2022 | | 1,164.91 | | Initial Escrow | 12/10/2022 | 0.00 | | | 1,164.91 | | | 175,282.16 | | 1,164.91 | 0.00 | 0.00 |
| 8/31/2022 | | 4,764.81 | | Interest Reserves | 1/10/2023 | 0.00 | | 4,764.81 | | | | 175,282.16 | | 5,929.72 | 0.00 | 0.00 |
| 10/10/2022 | | 251.24 | | Escrow Payment | 1/10/2023 | 0.00 | | | 251.24 | | | 175,282.16 | | 6,180.96 | 0.00 | 0.00 |
| 10/10/2022 | | | 1,588.27 | Escrow Payment | 1/10/2023 | 0.00 | | | (1,588.27) | | | 175,282.16 | | 4,592.69 | 0.00 | 0.00 |
| 11/10/2022 | | 251.24 | | Escrow Payment | 1/10/2023 | 0.00 | | | 251.24 | | | 175,282.16 | | 4,843.93 | 0.00 | 0.00 |
| 11/10/2022 | | | 1,588.27 | Escrow Payment | 1/10/2023 | 0.00 | | | (1,588.27) | | | 175,282.16 | | 3,255.66 | 0.00 | 0.00 |
| 12/10/2022 | 1,588.27 | | | Monthly Payment Due | 1/10/2023 | 1,588.27 | | | | | | 175,282.16 | | 3,255.66 | 0.00 | 0.00 |
| 12/10/2022 | | 1,588.27 | | Monthly Payment Posted | 2/10/2023 | 0.00 | 110.05 | 1,226.98 | (1,588.27) | | | 175,172.11 | | 1,667.39 | 0.00 | 0.00 |
| 12/10/2022 | | 251.24 | | Escrow Payment | 2/10/2023 | 0.00 | | | 251.24 | | | 175,172.11 | | 1,918.63 | 0.00 | 0.00 |
| 1/10/2023 | 1,588.27 | | | Monthly Payment Due | 2/10/2023 | 1,588.27 | | | | | | 175,172.11 | | 1,918.63 | 0.00 | 0.00 |
| 2/9/2023 | | | 79.41 | Late Charge | 2/10/2023 | 1,588.27 | | | | 79.41 | | 175,172.11 | | 1,918.63 | 79.41 | 0.00 |
| 2/9/2023 | | 1,588.27 | | Monthly Payment Posted | 3/10/2023 | 0.00 | 110.83 | 1,226.20 | | | | 175,061.28 | | 1,918.63 | 79.41 | 0.00 |
| 2/9/2023 | | 251.24 | | Escrow Payment | 3/10/2023 | 0.00 | | | 251.24 | | | 175,061.28 | | 2,169.87 | 79.41 | 0.00 |
| 2/10/2023 | 1,588.27 | | | Monthly Payment Due | 3/10/2023 | 1,588.27 | | | | | | 175,061.28 | | 2,169.87 | 79.41 | 0.00 |
| 3/9/2023 | | | 1,432.00 | Prop Tax Disb | 3/10/2023 | 1,588.27 | | | (1,432.00) | | | 175,061.28 | | 737.87 | 79.41 | 0.00 |
| 3/10/2023 | 1,588.27 | | | Monthly Payment Due | 3/10/2023 | 3,176.54 | | | | | | 175,061.28 | | 737.87 | 79.41 | 0.00 |
| 3/23/2023 | | | 79.41 | Late Charge | 3/10/2023 | 3,176.54 | | | | 79.41 | | 175,061.28 | | 737.87 | 158.82 | 0.00 |
| 3/23/2023 | | 1,588.27 | | Monthly Payment Posted | 4/10/2023 | 1,588.27 | 111.60 | 1,225.43 | | | | 174,949.68 | | 737.87 | 158.82 | 0.00 |
| 3/23/2023 | | 251.24 | | Escrow Payment | 4/10/2023 | 1,588.27 | | | 251.24 | | | 174,949.68 | | 989.11 | 158.82 | 0.00 |
| 4/3/2023 | | | 1,400.49 | Default Interest Accrual | 4/10/2023 | 1,588.27 | | | | 1,400.49 | | 174,949.68 | | 989.11 | 1,559.31 | 0.00 |
| 4/10/2023 | 1,588.27 | | | Monthly Payment Due | 4/10/2023 | 3,176.54 | | | | | | 174,949.68 | | 989.11 | 1,559.31 | 0.00 |
| 4/21/2023 | | | 66.85 | Late Charge | 4/10/2023 | 3,176.54 | | | | 66.85 | | 174,949.68 | | 989.11 | 1,626.16 | 0.00 |
| 4/21/2023 | | 1,588.27 | | Monthly Payment Posted | 4/10/2023 | 1,588.27 | 112.36 | 1,224.65 | | | | 174,837.32 | | 989.11 | 1,626.16 | 0.00 |
| 4/21/2023 | | 251.24 | | Escrow Payment | 4/10/2023 | 1,588.27 | | | 251.24 | | | 174,837.32 | | 1,240.35 | 1,626.16 | 0.00 |
| 5/10/2023 | 1,588.27 | | | Monthly Payment Due | 4/10/2023 | 3,176.54 | | | | | | 174,837.32 | | 1,240.35 | 1,626.16 | 0.00 |
| 5/31/2023 | | | 1,398.70 | Default Interest Accrual | 4/10/2023 | 3,176.54 | | | | 1,398.70 | | 174,837.32 | | 1,240.35 | 3,024.86 | 0.00 |
| 6/10/2023 | 1,588.27 | | | Monthly Payment Due | 4/10/2023 | 4,764.81 | | | | | | 174,837.32 | | 1,240.35 | 3,024.86 | 0.00 |
| 6/15/2023 | | | 66.85 | Late Charge | 4/10/2023 | 4,764.81 | | | | 66.85 | | 174,837.32 | | 1,240.35 | 3,091.71 | 0.00 |
| 6/15/2023 | | 1,588.27 | | Monthly Payment Posted | 5/10/2023 | 3,176.54 | 113.17 | 1,223.86 | | | | 174,724.15 | | 1,240.35 | 3,091.71 | 0.00 |
| 6/15/2023 | | 251.24 | | Escrow Payment | 5/10/2023 | 3,176.54 | | | 251.24 | | | 174,724.15 | | 1,491.59 | 3,091.71 | 0.00 |
| 7/1/2023 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 3,176.54 | | | | 1,397.79 | | 174,724.15 | | 1,491.59 | 4,489.50 | 0.00 |
| 7/10/2023 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 4,764.81 | | | | | | 174,724.15 | | 1,491.59 | 4,489.50 | 0.00 |
| 7/11/2023 | | | 2,109.00 | Prop Ins Disb | 5/10/2023 | 4,764.81 | | | (2,109.00) | | | 174,724.15 | | (617.41) | 4,489.50 | 0.00 |
| 7/29/2023 | | | 50.00 | FC Attorneys Fees | 5/10/2023 | 4,764.81 | | | | 50.00 | | 174,724.15 | | (617.41) | 4,539.50 | 0.00 |
| 7/29/2023 | | | 985.00 | FC Attorneys Fees | 5/10/2023 | 4,764.81 | | | | 985.00 | | 174,724.15 | | (617.41) | 5,524.50 | 0.00 |

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage As Of Date Of Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case Number: | 24-12228 AMC | Principal Balance | $174,724.15 | Principal Due | $1,670.06 | Principal & Interest | $1,337.03 |
| Debtor 1 | David Frederick Ralls, Jr. | Interest Due | $15,888.60 | Interest Due | $17,048.31 | | |
| Debtor 2 | | MIP Amount | $0.00 | Pre-petition Fees Due | $30,216.95 | Monthly Escrow | $251.24 |
| Last 4 Digits to Identify | 5025 | Fees / Costs Due | $30,216.95 | Escrow Def For Funds Advanced | $2,049.41 | | |
| Creditor | Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust | Escrow Def for Funds Advanced | $2,049.41 | Projected Escrow Shortage | $0.00 | Mortgage Insurance | $0.00 |
| Servicer | LIMA ONE CAPITAL, LLC | Less Total Funds on Hand | $0.00 | Less Total Funds on Hand | $0.00 | | |
| Fixed Accrual, Daily Simple Interest or Other | Fixed | TOTAL DEBT | $222,879.11 | Total Prepetition Arrears | $50,984.73 | Total Monthly Payment | $1,588.27 |

PART 5: Loan Payment History From First Date of Default

| | Account Activity | | | | | | How Funds Were Applied / Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| mm/dd/yyyy | + | + | +/- | from the list | | calculated | + | + | +/- | +/- | +/- | calculated | calculated | calculated | calculated | calculated |
| Date | Contractual Payment Amount | Funds Received | Amount Incurred | Description | Contractual Due Date | Prin Int & Esc Past Due Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees or Charges | Unapplied funds | Principal Balance | Accrued Interest Balance | Escrow Balance | Fees/Charges Balance | Unapplied Funds Balance |
| 7/29/2023 | | | 265.00 | Ttitle | 5/10/2023 | 4,764.81 | | | | 265.00 | | 174,724.15 | | (617.41) | 5,789.50 | 0.00 |
| 8/1/2023 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 4,764.81 | | 1,397.79 | | | | 174,724.15 | | (617.41) | 7,187.29 | 0.00 |
| 8/10/2023 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 6,353.08 | | | | | | 174,724.15 | | (617.41) | 7,187.29 | 0.00 |
| 8/15/2023 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 6,353.08 | | 1,397.79 | | | | 174,724.15 | | (617.41) | 8,585.08 | 0.00 |
| 9/10/2023 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 7,941.35 | | | | | | 174,724.15 | | (617.41) | 8,585.08 | 0.00 |
| 9/16/2023 | | | 226.25 | Recording | 5/10/2023 | 7,941.35 | | | | 226.25 | | 174,724.15 | | (617.41) | 8,811.33 | 0.00 |
| 9/16/2023 | | | 75.00 | FC Attorneys Fees | 5/10/2023 | 7,941.35 | | | | 75.00 | | 174,724.15 | | (617.41) | 8,886.33 | 0.00 |
| 9/16/2023 | | | 75.00 | FC Attorneys Fees | 5/10/2023 | 7,941.35 | | | | 75.00 | | 174,724.15 | | (617.41) | 8,961.33 | 0.00 |
| 9/18/2023 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 7,941.35 | | 1,397.79 | | | | 174,724.15 | | (617.41) | 10,359.12 | 0.00 |
| 9/29/2023 | | | 373.98 | Filing | 5/10/2023 | 7,941.35 | | | | 373.98 | | 174,724.15 | | (617.41) | 10,733.10 | 0.00 |
| 9/29/2023 | | | 690.00 | FC Attorneys Fees | 5/10/2023 | 7,941.35 | | | | 690.00 | | 174,724.15 | | (617.41) | 11,423.10 | 0.00 |
| 10/10/2023 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 9,529.62 | | | | | | 174,724.15 | | (617.41) | 11,423.10 | 0.00 |
| 11/1/2023 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 9,529.62 | | 1,397.79 | | | | 174,724.15 | | (617.41) | 12,820.89 | 0.00 |
| 11/6/2023 | | | 7.42 | Mailing | 5/10/2023 | 9,529.62 | | | | 7.42 | | 174,724.15 | | (617.41) | 12,828.31 | 0.00 |
| 11/6/2023 | | | 145.00 | Service | 5/10/2023 | 9,529.62 | | | | 145.00 | | 174,724.15 | | (617.41) | 12,973.31 | 0.00 |
| 11/6/2023 | | | 180.00 | Skip Trace | 5/10/2023 | 9,529.62 | | | | 180.00 | | 174,724.15 | | (617.41) | 13,153.31 | 0.00 |
| 11/6/2023 | | | 7.42 | Mailing | 5/10/2023 | 9,529.62 | | | | 7.42 | | 174,724.15 | | (617.41) | 13,160.73 | 0.00 |
| 11/6/2023 | | | 7.42 | Mailing | 5/10/2023 | 9,529.62 | | | | 7.42 | | 174,724.15 | | (617.41) | 13,168.15 | 0.00 |
| 11/6/2023 | | | 690.00 | FC Attorneys Fees | 5/10/2023 | 9,529.62 | | | | 690.00 | | 174,724.15 | | (617.41) | 13,858.15 | 0.00 |
| 11/6/2023 | | | 7.42 | Mailing | 5/10/2023 | 9,529.62 | | | | 7.42 | | 174,724.15 | | (617.41) | 13,865.57 | 0.00 |
| 11/6/2023 | | | 7.42 | Mailing | 5/10/2023 | 9,529.62 | | | | 7.42 | | 174,724.15 | | (617.41) | 13,872.99 | 0.00 |
| 11/6/2023 | | | 280.00 | Service | 5/10/2023 | 9,529.62 | | | | 280.00 | | 174,724.15 | | (617.41) | 14,152.99 | 0.00 |
| 11/10/2023 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 11,117.89 | | | | | | 174,724.15 | | (617.41) | 14,152.99 | 0.00 |
| 11/29/2023 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 11,117.89 | | 1,397.79 | | | | 174,724.15 | | (617.41) | 15,550.78 | 0.00 |
| 12/1/2023 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 11,117.89 | | 1,397.79 | | | | 174,724.15 | | (617.41) | 16,948.57 | 0.00 |
| 12/10/2023 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 12,706.16 | | | | | | 174,724.15 | | (617.41) | 16,948.57 | 0.00 |
| 12/27/2023 | | | 0.63 | Mailing | 5/10/2023 | 12,706.16 | | | | 0.63 | | 174,724.15 | | (617.41) | 16,949.20 | 0.00 |
| 12/27/2023 | | | 0.63 | Mailing | 5/10/2023 | 12,706.16 | | | | 0.63 | | 174,724.15 | | (617.41) | 16,949.83 | 0.00 |
| 12/27/2023 | | | 690.00 | FC Attorneys Fees | 5/10/2023 | 12,706.16 | | | | 690.00 | | 174,724.15 | | (617.41) | 17,639.83 | 0.00 |
| 12/27/2023 | | | 0.63 | Mailing | 5/10/2023 | 12,706.16 | | | | 0.63 | | 174,724.15 | | (617.41) | 17,640.46 | 0.00 |
| 12/27/2023 | | | 420.00 | Service | 5/10/2023 | 12,706.16 | | | | 420.00 | | 174,724.15 | | (617.41) | 18,060.46 | 0.00 |
| 12/27/2023 | | | 75.00 | FC Attorneys Fees | 5/10/2023 | 12,706.16 | | | | 75.00 | | 174,724.15 | | (617.41) | 18,135.46 | 0.00 |
| 12/27/2023 | | | 0.63 | Mailing | 5/10/2023 | 12,706.16 | | | | 0.63 | | 174,724.15 | | (617.41) | 18,136.09 | 0.00 |
| 1/2/2024 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 12,706.16 | | 1,397.79 | | | | 174,724.15 | | (617.41) | 19,533.88 | 0.00 |
| 1/10/2024 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 14,294.43 | | | | | | 174,724.15 | | (617.41) | 19,533.88 | 0.00 |
| 2/1/2024 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 14,294.43 | | 1,397.79 | | | | 174,724.15 | | (617.41) | 20,931.67 | 0.00 |
| 2/1/2024 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 14,294.43 | | 1,397.79 | | | | 174,724.15 | | (617.41) | 22,329.46 | 0.00 |
| 2/10/2024 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 15,882.70 | | | | | | 174,724.15 | | (617.41) | 22,329.46 | 0.00 |

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage As Of Date Of Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case Number: | 24-12228 AMC | Principal Balance | $174,724.15 | Principal Due | $1,670.06 | Principal & Interest | $1,337.03 |
| Debtor 1 | David Frederick Ralls, Jr. | Interest Due | $15,888.60 | Interest Due | $17,048.31 | | |
| Debtor 2 | | MIP Amount | $0.00 | Pre-petition Fees Due | $30,216.95 | Monthly Escrow | $251.24 |
| Last 4 Digits to Identify | 5025 | Fees / Costs Due | $30,216.95 | Escrow Def For Funds Advanced | $2,049.41 | | |
| Creditor | Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust | Escrow Def for Funds Advanced | $2,049.41 | Projected Escrow Shortage | $0.00 | Mortgage Insurance | $0.00 |
| Servicer | LIMA ONE CAPITAL, LLC | Less Total Funds on Hand | $0.00 | Less Total Funds on Hand | $0.00 | | |
| Fixed Accrual, Daily Simple Interest or Other | Fixed | TOTAL DEBT | $222,879.11 | Total Prepetition Arrears | $50,984.73 | Total Monthly Payment | $1,588.27 |

### PART 5: Loan Payment History From First Date of Default

| | | Account Activity | | | | | | How Funds Were Applied / Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | | H. | I. | J. | K. | L. | M. | N. | O. | P. | Q. |
| mm/dd/yyyy | + | + | +/- | from the list | | calculated | | + | + | +/- | +/- | +/- | calculated | calculated | calculated | calculated | calculated |
| Date | Contractual Payment Amount | Funds Received | Amount Incurred | Description | Contractual Due Date | Prin Int & Esc Past Due Balance | | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees or Charges | Unapplied funds | Principal Balance | Accrued Interest Balance | Escrow Balance | Fees/Charges Balance | Unapplied Funds Balance |
| 3/1/2024 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 15,882.70 | | | | | 1,397.79 | | 174,724.15 | | (617.41) | 23,727.25 | 0.00 |
| 3/7/2024 | | | 1,432.00 | Prop Tax Disb | 5/10/2023 | 15,882.70 | | | | (1,432.00) | | | 174,724.15 | | (2,049.41) | 23,727.25 | 0.00 |
| 3/10/2024 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 17,470.97 | | | | | | | 174,724.15 | | (2,049.41) | 23,727.25 | 0.00 |
| 3/31/2024 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 17,470.97 | | | | | 1,397.79 | | 174,724.15 | | (2,049.41) | 25,125.04 | 0.00 |
| 4/10/2024 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 19,059.24 | | | | | | | 174,724.15 | | (2,049.41) | 25,125.04 | 0.00 |
| 4/16/2024 | | | 7.60 | Mailing | 5/10/2023 | 19,059.24 | | | | | 7.60 | | 174,724.15 | | (2,049.41) | 25,132.64 | 0.00 |
| 4/16/2024 | | | 7.60 | Mailing | 5/10/2023 | 19,059.24 | | | | | 7.60 | | 174,724.15 | | (2,049.41) | 25,140.24 | 0.00 |
| 4/16/2024 | | | 7.60 | Mailing | 5/10/2023 | 19,059.24 | | | | | 7.60 | | 174,724.15 | | (2,049.41) | 25,147.84 | 0.00 |
| 4/16/2024 | | | 7.60 | Mailing | 5/10/2023 | 19,059.24 | | | | | 7.60 | | 174,724.15 | | (2,049.41) | 25,155.44 | 0.00 |
| 4/16/2024 | | | 1,500.00 | Sheriff | 5/10/2023 | 19,059.24 | | | | | 1,500.00 | | 174,724.15 | | (2,049.41) | 26,655.44 | 0.00 |
| 5/1/2024 | | | 185.00 | Service | 5/10/2023 | 19,059.24 | | | | | 185.00 | | 174,724.15 | | (2,049.41) | 26,840.44 | 0.00 |
| 5/1/2024 | | | 1.46 | Mailing | 5/10/2023 | 19,059.24 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 26,841.90 | 0.00 |
| 5/1/2024 | | | 280.00 | Service | 5/10/2023 | 19,059.24 | | | | | 280.00 | | 174,724.15 | | (2,049.41) | 27,121.90 | 0.00 |
| 5/1/2024 | | | 1.46 | Mailing | 5/10/2023 | 19,059.24 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 27,123.36 | 0.00 |
| 5/1/2024 | | | 72.68 | Filing | 5/10/2023 | 19,059.24 | | | | | 72.68 | | 174,724.15 | | (2,049.41) | 27,196.04 | 0.00 |
| 5/1/2024 | | | 1.46 | Mailing | 5/10/2023 | 19,059.24 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 27,197.50 | 0.00 |
| 5/1/2024 | | | 1.46 | Mailing | 5/10/2023 | 19,059.24 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 27,198.96 | 0.00 |
| 5/2/2024 | | | 1,397.79 | Default Interest Accrual | 5/10/2023 | 19,059.24 | | | | | 1,397.79 | | 174,724.15 | | (2,049.41) | 28,596.75 | 0.00 |
| 5/3/2024 | | | 0.88 | Mailing | 5/10/2023 | 19,059.24 | | | | | 0.88 | | 174,724.15 | | (2,049.41) | 28,597.63 | 0.00 |
| 5/3/2024 | | | 0.88 | Mailing | 5/10/2023 | 19,059.24 | | | | | 0.88 | | 174,724.15 | | (2,049.41) | 28,598.51 | 0.00 |
| 5/3/2024 | | | 0.88 | Mailing | 5/10/2023 | 19,059.24 | | | | | 0.88 | | 174,724.15 | | (2,049.41) | 28,599.39 | 0.00 |
| 5/3/2024 | | | 180.00 | Skip Trace | 5/10/2023 | 19,059.24 | | | | | 180.00 | | 174,724.15 | | (2,049.41) | 28,779.39 | 0.00 |
| 5/3/2024 | | | 0.88 | Mailing | 5/10/2023 | 19,059.24 | | | | | 0.88 | | 174,724.15 | | (2,049.41) | 28,780.27 | 0.00 |
| 5/10/2024 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 20,647.51 | | | | | | | 174,724.15 | | (2,049.41) | 28,780.27 | 0.00 |
| 5/29/2024 | | | 450.00 | FC Attorneys Fees | 5/10/2023 | 20,647.51 | | | | | 450.00 | | 174,724.15 | | (2,049.41) | 29,230.27 | 0.00 |
| 5/30/2024 | | | 900.00 | FC Attorneys Fees | 5/10/2023 | 20,647.51 | | | | | 900.00 | | 174,724.15 | | (2,049.41) | 30,130.27 | 0.00 |
| 6/10/2024 | 1,588.27 | | | Monthly Payment Due | 5/10/2023 | 22,235.78 | | | | | | | 174,724.15 | | (2,049.41) | 30,130.27 | 0.00 |
| 6/21/2024 | | | 1.46 | Mailing | 5/10/2023 | 22,235.78 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 30,131.73 | 0.00 |
| 6/21/2024 | | | 1.46 | Mailing | 5/10/2023 | 22,235.78 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 30,133.19 | 0.00 |
| 6/21/2024 | | | 1.46 | Mailing | 5/10/2023 | 22,235.78 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 30,134.65 | 0.00 |
| 6/21/2024 | | | 1.46 | Mailing | 5/10/2023 | 22,235.78 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 30,136.11 | 0.00 |
| 6/21/2024 | | | 1.46 | Mailing | 5/10/2023 | 22,235.78 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 30,137.57 | 0.00 |
| 6/21/2024 | | | 1.46 | Mailing | 5/10/2023 | 22,235.78 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 30,139.03 | 0.00 |
| 6/21/2024 | | | 1.46 | Mailing | 5/10/2023 | 22,235.78 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 30,140.49 | 0.00 |
| 6/21/2024 | | | 75.00 | Title | 5/10/2023 | 22,235.78 | | | | | 75.00 | | 174,724.15 | | (2,049.41) | 30,215.49 | 0.00 |
| 6/21/2024 | | | 1.46 | Mailing | 5/10/2023 | 22,235.78 | | | | | 1.46 | | 174,724.15 | | (2,049.41) | 30,216.95 | 0.00 |
| 6/27/2024 | | | | Current BK Filed | 5/10/2023 | 22,235.78 | | | | | | | 174,724.15 | | (2,049.41) | 30,216.95 | 0.00 |