# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: David Frederick Ralls Jr**<br>　　　　　　　　**Debtor(s)**<br><br>**Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust**<br>　　　　　　　　**Movant**<br>　　vs.<br><br>**David Frederick Ralls Jr**<br>　　　　　　　　**Respondent(s)** | CHAPTER 13<br>BK. NO. 24-12228 AMC |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **September 10, 2024**.

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Michael A. Cibik2 Esq.
1500 Walnut Street, Suite 900 (VIA ECF)
 Philadelphia, PA 19102

David Frederick Ralls Jr
905 N 50th St
Philadelphia, PA 19131-5101


Date: September 10, 2024

　　　　　　　　　　　　　　　　By: /s/ Denise Carlon
　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　The Lits Building
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant