# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Frederick Ralls Jr<br>     Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust, its successors and/or assigns<br>     Movant<br> vs.<br><br>David Frederick Ralls Jr<br>     Debtor(s)<br><br>Scott F. Waterman<br>     Trustee | CHAPTER 13<br><br>NO. 24-12228 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust, which was filed with the Court on or about September 10, 2024.

Dated: March 24, 2025

             Respectfully submitted,

             /s/Denise Carlon
             Denise Carlon, Esq.
             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA  19106
             Phone: (215)-627-1322
             dcarlon@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** David Frederick Ralls Jr | **BK NO. 24-12228 AMC** |
| **Debtor(s)** | **Chapter 13** |
| **Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust** | |
| **Movant** | |
| vs. | |
| **David Frederick Ralls Jr** | |
| **Debtor(s)** | |
| **Scott F. Waterman** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Denise Carlon, certify that on 3/24/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 3/24/2025

**/s/ Denise Carlon**
Denise Carlon, Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| David Frederick Ralls Jr<br>905 N 50th St<br>Philadelphia, PA 19131-5101 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Cibik, Esq.<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |