eRecording Philadelphia PA    Doc Id: 54216068
08/24/2023 10:16 AM    Page 1 of 2    Rec Fee: $221.50
Receipt#: 23-70003
Records Department    Doc Code: A

Prepared By and Return To: Client Services
KML LAW GROUP, P.C.
BNY Independence Center - Suite 5000
701 Market Street, Philadelphia, PA 19106-1532
215-627-1322
KML File Number: ███

Parcel ID#: ███

## ASSIGNMENT OF MORTGAGE

**LIMA ONE CAPITAL, LLC** (Assignor), for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt of which is acknowledged, does grant, bargain, sells, assign and transfer to **WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFA 2023-INV1 TRUST** (Assignee), all of its right, title and interest, as holder of, in, and to the following described mortgage and property: Executed EMAGINATION CONTRACTING, LLC, Mortgagor(s); to LIMA ONE CAPITAL, LLC. Bearing date of: August 31, 2022; Amount Secured: $175,500.00; Recorded on **September 01, 2022**; in **Document ID Number 54093051**; in the Recorder of Deeds Office of **Philadelphia** County, Commonwealth of Pennsylvania ("Mortgage")

Property: 905 North 50Th Street, Philadelphia, PA 19131
AS FURTHER DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED INTO THIS ASSIGNMENT.

Described in the Mortgage endorsed to the Assignee and all moneys due and to become due on the Mortgage, with interest. Assignee its successors, legal representatives and assigns shall hold all rights under the Mortgage forever, subject however, to the right and equity of redemption, if any, of the maker(s) of the Mortgage, their heirs and assigns forever.

Assignor, by its appropriate corporate officer, has executed this Assignment of Mortgage on this 17th day of August, 2023

LIMA ONE CAPITAL, LLC

Name: Josh Woodward
Title: CFO
Date: 8/17/23

I hereby certify the address of the Assignee is:
Lima One Capital, LLC
201 E McBee Avenue
Suite 300
Greenville, SC 29601

Signature: Carlie Balsa
Print Name: Carlie Balsa
Title: Foreclosure Manager

SS:
STATE OF South Carolina ) COUNTY OF Greenville )

BE IT REMEMBERED, that on this 17th day of August, 2023, before me, the subscriber, a Notary Public personally appeared
Name: Josh Woodward
Title: CFO
LIMA ONE CAPITAL, LLC
officer of Assignor, who I am satisfied is the person who signed the within instrument and they acknowledged that they signed and delivered the same as such officer aforesaid, and that the within instrument is the voluntary act and deed of such corporation made by virtue of a Resolution of its Board of Directors.

Shatika Gallman
Notary Public
My commission expires: 8/20/2030

Case #: ███

[Notary Seal: SHATIKA GALLMAN, NOTARY PUBLIC, SOUTH CAROLINA, 08/20/2030]

# Exhibit A

ALL THAT CERTAIN lot or piece of ground with the Buildings and Improvements thereon erected.

SITUATE on the East side of 50th Street at the distance of Forty-two feet Northward from the North side of Westminster Avenue, in the Forty-fourth Ward of the City of Philadelphia.

CONTAINING in the front or breadth on the said 50th Street Twenty feet and extending of that width in the length or depth Eastward between parallel lines at the right angles to the said 50th Street Seventy-three feet Eleven and one-half inches to a certain three feet wide alley which extends Northward and Southward from the said Westminster Avenue to Wyalusing Avenue.

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid alley as and passageway and watercourse at all times hereafter forever.

BEING Known as No. 905 North 50th Street.

Case #: ▓▓▓▓▓▓