**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| David Frederick Ralls, | Chapter 13 |
|---|---|
| *Debtor*. | Case No. 24-12228-AMC |

**Certificate of Service**

I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Ardent Federal Credit Union (CM/ECF)

Lima One Capital, LLC (CM/ECF)

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Date: May 6, 2025

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com