United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
David Frederick Ralls, Jr  
    Debtor

Case No. 24-12228-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: May 22, 2025      Form ID: 155      Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | David Frederick Ralls, Jr, 905 N 50th Street, Philadelphia, PA 19131-5101 |
| 14902007 | + | American Spirit Fcu, Attn: Bankruptcy 1110 Elkton Rd, Newark, DE 19711-3509 |
| 14908124 | + | Ardent Credit Union, c/o Christopher A. DeNardo, Esquire, LOGS Legal Group LLP, 985 Old Eagle School Road Suite 514, Wayne, PA 19087-1712 |
| 14908233 | + | Franklin Mint Federal Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14908478 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14922598 | + | Lima One Capital LLC, 201 E McBee Ave Ste 300, Greenville, SC 29601-2884 |
| 14902027 | | LoanCare Llc, Attn: Bankruptcy, PO Box 8068, VA 23452 |
| 14902039 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14902041 | + | Sb1 Federal Credit Unio, P.o. Box 7480, Philadelphia, PA 19101-7480 |
| 14903711 | + | Wilmington Savings Fund Society, FSB, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14902053 | | Wilmington Savings Fund Society, FSB, d/, Attn: Bankruptcy, 309 W 49th St, New York, NY 10019-7316 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14902005 | + | Email/Text: bankruptcy@acimacredit.com | May 23 2025 00:33:00 | Acima Credit, 4th Floor, 9815 South Monroe Street, Sandy, UT 84070-4384 |
| 14902006 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 23 2025 00:31:48 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14902008 | | Email/PDF: bncnotices@becket-lee.com | May 23 2025 00:31:18 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14907939 | + | Email/Text: membersolutions@ardentcu.org | May 23 2025 00:32:00 | Ardent Credit Union, 1601 Cherry St, Suite 2000, Philadelphia , PA 19102-1305 |
| 14902009 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 23 2025 00:31:48 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 14902011 | | Email/Text: BKPT@cfna.com | May 23 2025 00:32:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14902016 | | Email/Text: megan.harper@phila.gov | May 23 2025 00:33:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14902010 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 23 2025 00:44:29 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14902012 | + | Email/Text: bankruptcycollections@citadelbanking.com | May 23 2025 00:33:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14902013 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2025 00:45:15 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, St Louis, MO 63179-0040 |

Case 24-12228-amc    Doc 61    Filed 05/24/25    Entered 05/25/25 00:40:30    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 155 | Total Noticed: 63 |

| Record # | Mark | Method | Timestamp | Recipient |
|---|---|---|---|---|
| 14902014 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2025 00:45:44 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14902015 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2025 00:45:16 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14902017 | | Email/Text: bankruptcy@philapark.org | May 23 2025 00:33:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14902018 | + | Email/Text: bankruptcy@consumerportfolio.com | May 23 2025 00:33:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 14902019 | | Email/PDF: creditonebknotifications@resurgent.com | May 23 2025 00:42:40 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14902028 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2025 00:42:58 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14902020 | ^ | MEBN | May 23 2025 00:28:15 | Essential Lending, Attn: Bankruptcy 3500 Hulen St. Suite 20, Fort Worth, TX 76107-6812 |
| 14902021 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | May 23 2025 00:32:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy Attn: Bankruptcy, 5 Hillman Dr , Ste 100, Chadds Ford, PA 19317-9998 |
| 14902022 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 23 2025 00:32:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14902023 | | Email/Text: lossrecoveryteam@growfinancial.org | May 23 2025 00:33:00 | Grow Financial FCU, Attn: Bankruptcy, PO Box 89909, Tampa, FL 33689-0415 |
| 14902024 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2025 00:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14914215 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 23 2025 00:33:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14902025 | | Email/Text: inchargehq@westcreekfin.com | May 23 2025 00:33:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 14902026 | | Email/Text: support@ljross.com | May 23 2025 00:33:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, PO Box 6099, Jackson, MI 49204-6099 |
| 14921058 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2025 00:31:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14902030 | | Email/Text: ext_ebn_inbox@navyfederal.org | May 23 2025 00:33:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14911131 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 23 2025 00:33:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14902035 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 23 2025 00:32:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 14902029 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 23 2025 00:45:47 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14902032 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 23 2025 00:33:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14902033 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 23 2025 00:33:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14902034 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 23 2025 00:33:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14902036 | | Email/Text: fesbank@attorneygeneral.gov | May 23 2025 00:32:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

Case 24-12228-amc   Doc 61   Filed 05/24/25   Entered 05/25/25 00:40:30   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 155 | Total Noticed: 63 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14902037 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14902038 | ^ | MEBN | May 23 2025 00:28:24 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14902040 | | Email/Text: bankruptcy@philapark.org | May 23 2025 00:33:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14921064 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2025 00:31:18 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14919357 | + | Email/Text: bncmail@w-legal.com | May 23 2025 00:32:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 14902042 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2025 00:30:32 | Syncb/home Design Se, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14902043 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2025 00:31:16 | Syncb/infiniti Dc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14922034 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 23 2025 00:45:18 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14902044 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2025 00:44:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14902045 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2025 00:45:16 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14902046 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2025 00:31:15 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14902047 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2025 00:44:14 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14902048 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 23 2025 00:30:31 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14902049 | | Email/Text: dbogucki@trumark.org | May 23 2025 00:33:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 14902050 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 23 2025 00:33:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14902051 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 23 2025 00:33:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14902052 | ^ | MEBN | May 23 2025 00:28:06 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14918191 | + | Email/PDF: ebn_ais@aisinfo.com | May 23 2025 00:31:45 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14903573 | ^ | MEBN | May 23 2025 00:28:11 | Wilmington Savings Fund Society, FSB, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14912013 | *+ | Ardent Credit Union, 1601 Cherry St, Suite 2000, Philadelphia , PA 19102-1305 |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 155 | Total Noticed: 63 |

| 14913284 | *+ | Ardent Credit Union, 1601 Cherry St, Suite 2000, Philadelphia , PA 19102-1305 |
| 14902031 | *+ | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

**Name**  **Email Address**

CHRISTOPHER A. DENARDO
on behalf of Creditor Ardent Credit Union logsecf@logs.com

CORINNE SAMLER BRENNAN
on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

DENISE ELIZABETH CARLON
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust bkgroup@kmllawgroup.com

JOHN ERIC KISHBAUGH, I
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust ekishbaugh@kmllawgroup.com

MICHAEL A. CIBIK
on behalf of Debtor David Frederick Ralls  Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   David Frederick Ralls Jr

Debtor(s).

Case No. 24−12228−amc

Chapter: 13

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 21, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court