| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-12228-AMC**

David Frederick Ralls, Jr
905 N 50th St
Philadelphia  PA    19131-5101

Petition Filed Date: 06/27/2024
341 Hearing Date: 08/23/2024
Confirmation Date: 05/21/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $910.00 | | 09/04/2024 | $910.00 | | 10/04/2024 | $910.00 | |
| 11/04/2024 | $910.00 | | 12/05/2024 | $910.00 | | 01/06/2025 | $910.00 | |
| 02/03/2025 | $910.00 | | 03/06/2025 | $1,575.00 | | 04/07/2025 | $1,575.00 | |
| 05/13/2025 | $1,575.00 | | 06/24/2025 | $1,600.00 | | 07/31/2025 | $1,600.00 | |

**Total Receipts for the Period:  $14,295.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $14,295.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 1 | FRANKLIN MINT FEDERAL CU  »» 001 | Unsecured Creditors | $1,509.74 | $0.00 | $1,509.74 |
| 2 | FRANKLIN MINT FEDERAL CU  »» 002 | Unsecured Creditors | $1,567.01 | $0.00 | $1,567.01 |
| 3 | UNITED STATES TREASURY (IRS)  »» 03P | Priority Crediors | $12,571.12 | $8,837.51 | $3,733.61 |
| 4 | UNITED STATES TREASURY (IRS)  »» 03U | Unsecured Creditors | $6,631.59 | $0.00 | $6,631.59 |
| 5 | PHILADELPHIA PARKING AUTHORITY  »» 004 | Unsecured Creditors | $175.00 | $0.00 | $175.00 |
| 6 | NAVY FEDERAL CREDIT UNION  »» 005 | Unsecured Creditors | $21,374.73 | $0.00 | $21,374.73 |
| 7 | NAVY FEDERAL CREDIT UNION  »» 006 | Unsecured Creditors | $23,995.42 | $0.00 | $23,995.42 |
| 8 | TRUMARK FINANCIAL CREDIT UNION  »» 007 | Unsecured Creditors | $4,629.74 | $0.00 | $4,629.74 |
| 9 | TRUMARK FINANCIAL CREDIT UNION  »» 008 | Unsecured Creditors | $4,868.20 | $0.00 | $4,868.20 |
| 10 | ARDENT CREDIT UNION  »» 009 | Unsecured Creditors | $11,873.80 | $0.00 | $11,873.80 |
| 11 | ARDENT CREDIT UNION  »» 10S | Secured Creditors | $7,638.55 | $0.00 | $7,638.55 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC  »» 011 | Unsecured Creditors | $573.39 | $0.00 | $573.39 |
| 13 | VERIZON BY AIS AS AGENT  »» 012 | Unsecured Creditors | $319.33 | $0.00 | $319.33 |
| 14 | VERIZON BY AIS AS AGENT  »» 013 | Unsecured Creditors | $199.04 | $0.00 | $199.04 |

**Chapter 13 Case No. 24-12228-AMC**

| # | Creditor | Type | Amount | | |
|---|---|---|---:|---:|---:|
| 15 | VERIZON BY AIS AS AGENT »» 014 | Unsecured Creditors | $471.62 | $0.00 | $471.62 |
| 16 | SCOLOPAX LLC »» 015 | Unsecured Creditors | $1,467.23 | $0.00 | $1,467.23 |
| 17 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $2,019.98 | $0.00 | $2,019.98 |
| 18 | RESURGENT CAPITAL SERVICES »» 017 | Unsecured Creditors | $2,751.97 | $0.00 | $2,751.97 |
| 19 | SYNCHRONY BANK »» 018 | Unsecured Creditors | $2,233.17 | $0.00 | $2,233.17 |
| 20 | LIMA ONE CAPITAL LLC »» 19A | Mortgage Arrears | $50,984.73 | $0.00 | $50,984.73 |
| 21 | LIMA ONE CAPITAL LLC »» 19B | Mortgage Arrears | $4,766.16 | $0.00 | $4,766.16 |
| 22 | CITY OF PHILADELPHIA (LD) | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | WILMINGTON SAVINGS FUND SOCIETY FSB | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | KOALAFI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | KOALAFI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | LJ ROSS & ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | NELNET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | SB1 FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | US SMALL BUSINESS ADMINSTRATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | ARDENT CREDIT UNION »» 10U | Unsecured Creditors | $3,983.78 | $0.00 | $3,983.78 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $14,295.00 | Current Monthly Payment: | $1,600.00 |
| Paid to Claims: | $13,212.51 | Arrearages: | $1,625.00 |
| Paid to Trustee: | $1,082.49 | Total Plan Base: | $89,520.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.