UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13

David Frederick Ralls, Jr | Bankruptcy No. 24-12228-AMC

Debtor

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 14th day of May, 2026 by first class mail upon those listed below:

David Frederick Ralls, Jr
905 N 50th St
Philadelphia, PA  19131-5101

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Office of the United States Trustee

/s/ *Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee