**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

David Frederick Ralls,

*Debtor*.

Chapter 13
Case No. 24-12228-AMC

### Motion to Modify Plan After Confirmation

Debtor David Frederick Ralls, through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on June 27, 2024. The plan was confirmed on May 22, 2025.

2. The Trustee recently filed a motion to dismiss this case for failure to make plan payments.

3. The Debtor wants to amend his plan to resolve the dismissal motion.

4. The proposed plan cures the arrearage that gave rise to the dismissal motion by increasing the Debtor's monthly plan payments moving forward.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 68 as the new confirmed plan.

6. The Debtor has filed a supplement to Schedule J at ECF No. 67 as evidence of the Debtor's ability to fund the new plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: June 10, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com