## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| David Frederick Ralls,<br><br>                     *Debtor*. | Chapter 13<br>Case No. 24-12228-AMC |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 69, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 68) is **APPROVED**.

**Date:**

                                                              
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge