## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| David Frederick Ralls,<br><br>*Debtor*. | Chapter 13<br>Case No. 24-12228-AMC |

### Certificate of Service

I, Michael A. Cibik, certify that on June 10, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan, ECF No. 68

- Motion to Modify Plan After Confirmation and Proposed Order, ECF No. 69

- Notice of Motion to Modify Plan After Confirmation, ECF No. 70

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: June 10, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee** (CM/ECF)

**Scott F. Waterman** (CM/ECF)

**Ardent Federal Credit Union** (CM/ECF)

**Lima One Capital, LLC** (CM/ECF)

**Internal Revenue Service** (First Class Mail)
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346