**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| David Frederick Ralls, <br><br> *Debtor*. | Chapter 13 <br> Case No. 24-12228-AMC |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (doc. # 69, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 68) is **APPROVED**.

**Date:**   July 23, 2026

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge