United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                   Case No. 24-12228-amc

David Frederick Ralls, Jr                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID**              **Recipient Name and Address**
db                            David Frederick Ralls, Jr, 905 N 50th Street, Philadelphia, PA 19131-5101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name**                      **Email Address**

CORINNE SAMLER BRENNAN
        on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

JOHN ERIC KISHBAUGH, I
        on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust ekishbaugh@kmllawgroup.com

MATTHEW K. FISSEL
        on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA 2023-INV1 Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL A. CIBIK
        on behalf of Debtor David Frederick Ralls  Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
        on behalf of Creditor Ardent Credit Union wmiller@logs.com  logsecf@logs.com

District/off: 0313-2                                    User: admin                                    Page 2 of 2

Date Rcvd: Jul 23, 2026                                Form ID: pdf900                                Total Noticed: 1

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| David Frederick Ralls,<br><br>*Debtor.* | Chapter 13<br>Case No. 24-12228-AMC |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 69, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 68) is **APPROVED**.

**Date:**   July 23, 2026

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge