Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

David Frederick Ralls, Jr
905 N 50th St
Philadelphia, PA 19131-5101

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-12228-AMC**

Petition Filed Date: 06/27/2024
341 Hearing Date: 08/23/2024
Confirmation Date: 05/21/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $1,600.00 | | 09/30/2025 | $1,600.00 | | 11/03/2025 | $1,600.00 | |
| 12/08/2025 | $1,575.00 | | 02/02/2026 | $1,600.00 | | 04/10/2026 | $1,600.00 | |
| 07/06/2026 | $1,775.00 | | | | | | | |

**Total Receipts for the Period: $11,350.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $27,220.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 1 | FRANKLIN MINT FEDERAL CU<br>»» 001 | Unsecured Creditors | $1,509.74 | $0.00 | $1,509.74 |
| 2 | FRANKLIN MINT FEDERAL CU<br>»» 002 | Unsecured Creditors | $1,567.01 | $0.00 | $1,567.01 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $12,571.12 | $12,571.12 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $6,631.59 | $0.00 | $6,631.59 |
| 5 | PHILADELPHIA PARKING AUTHORITY<br>»» 004 | Unsecured Creditors | $175.00 | $0.00 | $175.00 |
| 6 | NAVY FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $21,374.73 | $0.00 | $21,374.73 |
| 7 | NAVY FEDERAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $23,995.42 | $0.00 | $23,995.42 |
| 8 | TRUMARK CREDIT UNION<br>»» 007 | Unsecured Creditors | $4,629.74 | $0.00 | $4,629.74 |
| 9 | TRUMARK CREDIT UNION<br>»» 008 | Unsecured Creditors | $4,868.20 | $0.00 | $4,868.20 |
| 10 | ARDENT CREDIT UNION<br>»» 009 | Unsecured Creditors | $11,873.80 | $0.00 | $11,873.80 |
| 11 | ARDENT CREDIT UNION<br>»» 10S | Secured Creditors | $7,741.41 | $1,000.94 | $6,740.47 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $573.39 | $0.00 | $573.39 |

**Chapter 13 Case No. 24-12228-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | VERIZON BY AIS AS AGENT<br>»» 012 | Unsecured Creditors | $319.33 | $0.00 | $319.33 |
| 14 | VERIZON BY AIS AS AGENT<br>»» 013 | Unsecured Creditors | $199.04 | $0.00 | $199.04 |
| 15 | VERIZON BY AIS AS AGENT<br>»» 014 | Unsecured Creditors | $471.62 | $0.00 | $471.62 |
| 16 | SCOLOPAX LLC<br>»» 015 | Unsecured Creditors | $1,467.23 | $0.00 | $1,467.23 |
| 17 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $2,019.98 | $0.00 | $2,019.98 |
| 18 | RESURGENT CAPITAL SERVICES<br>»» 017 | Unsecured Creditors | $2,751.97 | $0.00 | $2,751.97 |
| 19 | SYNCHRONY BANK<br>»» 018 | Unsecured Creditors | $2,233.17 | $0.00 | $2,233.17 |
| 20 | LIMA ONE CAPITAL LLC<br>»» 19A | Mortgage Arrears | $50,984.73 | $6,644.47 | $44,340.26 |
| 21 | LIMA ONE CAPITAL LLC<br>»» 19B | Mortgage Arrears | $4,766.16 | $621.14 | $4,145.02 |
| 22 | CITY OF PHILADELPHIA (LD) | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | WILMINGTON SAVINGS FUND SOCIETY FSB | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | KOALAFI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | KOALAFI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | LJ ROSS & ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | NELNET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | SB1 FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | US SMALL BUSINESS ADMINSTRATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | ARDENT CREDIT UNION<br>»» 10U | Unsecured Creditors | $3,983.78 | $0.00 | $3,983.78 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,220.00 | Current Monthly Payment: | $1,775.00 |
| Paid to Claims: | $25,212.67 | Arrearages: | $200.00 |
| Paid to Trustee: | $2,007.33 | Total Plan Base: | $89,545.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.